## A03A2222. ATLANTA CASUALTY COMPANY v. GORDON et al.
(616 SE2d 120)

ANDREWS, Presiding Judge.

The decision of the Court of Appeals in *Atlanta Cas. Co. v. Gordon*, 266 Ga. App. 666 (598 SE2d 70) (2004), was reversed by the Supreme Court in *Gordon v. Atlanta Cas. Co.*, 279 Ga. 148 (611 SE2d 24) (2005). Accordingly, the original judgment of this Court is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Johnson, P. J., Blackburn, P. J., Barnes, Mikell, Adams and Bernes, JJ., concur.*

DECIDED MAY 23, 2005.

*Seacrest, Karesh, Tate & Bicknese, Karsten Bicknese, Peter Werdesheim*, for appellant.

*Harper, Waldon & Craig, Daniel C. Prout, Jr., Kam, Ebersbach & Lewis, Randy J. Ebersbach*, for appellees.